**The below described is SIGNED.**

**Dated: April 27, 2011**

_____
JOEL T. MARKER
U.S. Bankruptcy Judge

_____

Aaron M. Waite, Esq.
Utah Bar No. 8992
R. Samuel Ehlers, Esq.
Utah Bar No. 10928
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
682 East Vine Street, Suite 7
Murray, UT 84107
(801) 302-5486/(801) 263-7856 (facsimile)
Loan No.  \*\*\*\*\*\*2659 / Our File No. 11-02-17160-UT

Attorney for Secured Creditor US Bank, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br><br>JOHN L. MIDDLEBROOK AND<br>JACKIE L. MIDDLEBROOK<br>Debtor(s) | CHAPTER 7<br>BANKRUPTCY NO.: 08-23692-JTM<br>DATE: April 27, 2011<br>TIME: 8:30 AM |
|---|---|

**ORDER TERMINATING THE AUTOMATIC STAY**

US Bank, N.A. ("Creditor") filed a Motion for Relief from the Automatic Stay. There being no objection to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is terminated as to Secured Creditor, US Bank, N.A., its assignees and/or successors in interest, regarding the property located and generally described as 11582 South Sanders Road, Sandy, Utah 84094, ("Property" herein) and legally described as follows:

- 2 -

Filed: 04/26/11

LOT 18, INDIAN HILLS NO.4, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER, IN BOOK 98-5 AT PAGE 117.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, to enforce its lien against the above-described property.

This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

-----------------End of Document-----------------

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on _____, a copy of the Secured Creditors ORDER TERMINATING THE AUTOMATIC STAY was served on the parties through the following means:

**Electronically mailed to:**

COUNSEL FOR DEBTORS
Robert A. Eder, Jr., ESQ.
bob@ederlaw.net

TRUSTEE
ELIZABETH R. LOVERIDGE TR
eloveridge@wklawpc.com

UNITED STATES TRUSTEE
U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

**Depositing a copy in the United States Mail, postage prepaid and addressed to:**
John L. Middlebrook
Jackie L. Middlebrook
11582 South Sanders Road
Sandy, Utah 84094

_____

_____
UNITED STATES BANKRUPTCY COURT CLERK